IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY GAINES,

    Plaintiff,                    No. CIV S-05-0336 FCD GGH P

    vs.

K. PROSPER, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a "motion request for discovery." On May 23, 2005, the court dismissed the amended complaint with thirty days to file a second amended complaint. Because no defendants have been ordered served, plaintiff's motion for discovery is premature.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 24, 2005 "motion request for discovery" is denied.

DATED: 7/5/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
gain0336.411.35